

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| EL PASO CENTRAL APPRAISAL DISTRICT AND DINAH L. KILGORE, IN HER OFFICIAL CAPACITY AS CHIEF APPRAISER OF EL PASO CENTRAL APPRAISAL DISTRICT, | § § § § | No. 08-14-00283-CV Appeal from County Court at Law No. 5 |
| Appellants, | § | of El Paso County, Texas |
| v. | § | (TC # 2014-DCV-0446) |
| WESTERN REFINING COMPANY, L.P., | § | |
| Appellee. | § | |

## J U D G M E N T

The Court has considered this cause on the joint motion to dismiss and concludes the motion should be granted and the appeal should be dismissed, in accordance with the opinion of this Court. We therefore dismiss the appeal. We further order costs be assessed against the party incurring same. We further order that this decision be certified below for observance.

IT IS SO ORDERED THIS 19TH DAY OF MARCH, 2015.

ANN CRAWFORD McCLURE, Chief Justice

Before McClure, C.J., Rodriguez, and Hughes, JJ.
(Hughes, J., not participating)